

**FILED**
CLERK, U.S. DISTRICT COURT

5/10/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>TREVOR DANIEL JACOB,<br><br>       Defendant. | CR No.  2:23-cr-00221-JFW<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1519: Destruction and Concealment of a Tangible Object with Intent to Obstruct Federal Investigation] |

The United States Attorney charges:

[18 U.S.C. § 1519]

Between on or about November 26, 2021, and December 2021, in Santa Barbara County, within the Central District of California, defendant TREVOR DANIEL JACOB knowingly altered, destroyed, mutilated, concealed, and covered up a tangible object, namely, a Taylorcraft BL-65 aircraft with Civil Registration Number N29508, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the National Transportation Safety Board and the Federal Aviation

Administration, both departments and agencies of the United States, and in relation to and in contemplation of any such matters.

E. MARTIN ESTRADA
United States Attorney

*/s/ Mack E. Jenkins*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental and Community Safety Crimes Section

DENNIS MITCHELL
Assistant United States Attorney
Deputy Chief, Environmental and Community Safety Crimes Section

DOMINIQUE CAAMANO
Assisant United States Attorney
Environmental and Community Safety Crimes Section