UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:23-CR-00221</u>     Recorder: <u>CS 06/28/2023</u>     Date: <u>06/28/2023</u>

Present: The Honorable <u>Jacqueline Chooljian</u>, U.S. Magistrate Judge

Court Clerk: <u>Kerri Hays</u>     Assistant U.S. Attorney: <u>Thomas Magana</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| TREVOR DANIEL JACOB BOND-PRESENT | KERI CURTIS AXEL RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Deft is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Information and acknowledges having been read or having received a copy of the Information and waives the reading thereof.
Waiver of Indictment submitted, accepted by the Court and filed.

Defendant pleads not guilty to all counts in the Information.

This case is assigned to the calendar of District Judge John F. Walter.
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The change of plea hearing is set for 06/30/2023 at 10:00 AM beofre District Judge John F. Walter.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 05</u>
Initials of Deputy Clerk: <u>KH by TRB</u>