FILED
CLERK, U.S. DISTRICT COURT

JUN 28 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| PLAINTIFF | 2:23-cr-00221-JFW |
| V. | **WAIVER OF INDICTMENT** |
| Trevor Daniel Jacob | |
| DEFENDANT | |

I, __Trevor Daniel Jacob__, the above-named defendant, who is accused of __Destruction and concealment of a tangible object with intent to obstruct Federal investig.__, in violation of __18 U.S.C. 1519__, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on __06/28/2023__, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

__06/28/2023__
Date

__6/28/2023__
Date

__6/28/2023__
Date

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before: _[signature]_
Judicial Officer

If the defendant does not speak English, complete the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

Date

Interpreter

CR-57 (06/14)                    WAIVER OF INDICTMENT