*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT
6/30/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

PACTS No: 8510051

**Passport Receipt**

Defendant Name: Trevor Daniel Jacob

Name on passport, if different:

Country of Origin: USA

Date passport issued: June 26, 2015

Expiration date of passport: June 25, 2025

Ordered by court in the Central District of California

Docket Number: 2:23-CR-00221-JC

U.S. Probation & Pretrial Services

_____

_[signature]_
Surrendered By

6-28-23
Date

_[signature]_
Received By

6-28-2023
Date

_____
Returned To

_____
Date

_____
Surrendered By

_____
Date

Purpose Returned

Address (if mailed)

**Ronald Reagan Federal Building & U.S. Courthouse, 411 West Fourth Street, Suite 4070, Santa Ana, CA 92701 / 714-338-4550 phone,
714-338-4570 fax**