1  Keri Curtis Axel (Bar No. 186847)
    kaxel@waymakerlaw.com
2  Emily R. Stierwalt (Bar No. 323927)
    estierwalt@waymakerlaw.com
3  WAYMAKER LLP
4  515 S. Flower Street, Suite 3500
5  Los Angeles, California 90071
   Telephone: (424) 652-7800
6  Facsimile:  (424) 652-7850
7
8  *Attorneys for Defendant Trevor Daniel Jacob*



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-23-221-JFW |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE THE SENTENCING DATE** |
| v. | Crtrm.:  7A |
| TREVOR DANIEL JACOB, | Judge:  John F. Walter |
| Defendant. | Current Sentencing Date: 9/11/2023 |
|  | Proposed Sentencing Date: 10/16/2023 |

STIPULATION TO CONTINUE THE SENTENCING DATE

Defendant Trevor Jacob ("Defendant"), through his counsel of record, Keri Curtis Axel and Emily R. Stierwalt, and Plaintiff United States of America, by and through its counsel of record, the Unites States Attorney for the Central District of California and Assistant United States Attorney Dennis Mitchell herby stipulate as follows.

1. On May 10, 2023, an Information was filed charging Defendant with destruction and concealment of a tangible object with intent to obstruct federal investigation in violation of 18 U.S.C. § 1519 (the "information").

2. On June 30, 2023, Defendant pleaded guilty to the information pursuant to a plea agreement (the "plea agreement'), which was filed on May 10, 2023.

3. After entering Defendant's guilty plea, the Court set a sentencing hearing date of September 11, 2013.

4. Defendant is on bond and under the supervision of pretrial services.

5. By this stipulation, the parties request that the sentencing hearing be briefly continued September 11, 2023, to October 16, 2023.

6. The parties request this brief continuance for multiple reasons, each of which constitutes good cause to continue the sentencing hearing. First, on the current schedule the Probation Office has an internal deadline to complete their presentencing report by July 31, 2023. This is a quick turn around and it is difficult for Defendant to provide all the necessary information to the probation office early enough for the Probation Office to have a sufficient time to prepare the report. Second, Defendant's counsel, Keri Curtis Axel and Emily R. Stierwalt, both have vacations scheduled in August. Between both vacations, Defendant's counsel is unavailable for two weeks of August. These vacations will conflict with Defendant's counsel's ability to prepare objections to the pre-sentencing report. Third, Defendant intends to submit letters from friends and family in connection with his sentencing brief. Defendant's counsel has observed difficulty obtaining

letters during the summer months because other are often during vacation at this time. In order to provide the parties and the probation office a little more time to prepare for sentencing, the parties request that the sentencing hearing be briefly continued from September 11, 2023 to October 16, 2023.

DATED: July 18, 2023            WAYMAKER LLP


By:  /s/ Keri Curtis Axel
KERI CURTIS AXEL
*Attorneys for Defendant Trevor Daniel Jacob*

DATED: July 18, 2023            E. MARIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney Chief, Criminal Division


By:  /s/ Dennis Mitchell
DENNIS MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA