# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TREVOR DANIEL JACOB,<br><br>　　　　　Defendant. | Case No. CR-23-221-JFW<br><br>**[PROPOSED] ORDER**<br><br>Crtrm.:　7A<br><br>Judge:　John F. Walter |

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that the sentencing hearing scheduled in this matter on September 11, 2023, is continued to October 16, 2023, at 8:30 a.m.

---

DATE　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER