1
2
3    ==Note Changes Made by Court==
4
5
6
7
8        **UNITED STATES DISTRICT COURT**

9    **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11   UNITED STATES OF AMERICA,          Case No. CR-23-221-JFW

12            Plaintiff,                **ORDER**

13        v.                            Crtrm.:  7A

14   TREVOR DANIEL JACOB,               Judge:   John F. Walter

15            Defendant.

16

17

18        GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that the

19   sentencing hearing scheduled in this matter on September 11, 2023, **is continued to**

20   **November 6, 2023, at 8:00 a.m.** Sentencing papers shall be filed on or before

21   October 16, 2023.

22

23

     July 19, 2023
24   ─────────────────────        ─────────────────────────────────
     DATE                         HONORABLE JOHN F. WALTER
25

26   CC: USPO/PSA; USM

27

28

─────────────────────────────────────────────────────
                     [PROPOSED] ORDER