UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>TREVOR DANIEL JACOB,<br><br>      Defendant. | Case No. CR-23-221-JFW<br><br>**ORDER**<br><br>Courtroom 7A<br><br>Judge:  John F. Walter |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing scheduled in this matter on November 6, 2023, is continued **to December 4, 2023, at 8:30 a.m.**  The date to file sentencing papers and objections to the presentence investigation report is continued from October 16, 2023 to November 13, 2023.

October 12, 2023
DATE                                                                                  HONORABLE JOHN F. WALTER

CC: USPO/PSA; USM

ORDER TO CONTINUE SENTENCING