# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TREVOR DANIEL JACOB, <br><br> Defendant. | Case No. CR-23-221-JFW <br><br> **[PROPOSED] ORDER** <br><br> Courtroom 7A <br><br> Judge: John F. Walter <br><br> Sentencing Date: December 4, 2023 <br> [Proposed] Sentencing Filing Due Date: November 20, 2023 |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the date to file sentencing papers and objections to the presentence investigation report is continued from November 13, 2023 to November 20, 2023.

_____     _____
DATE                                                  HONORABLE JOHN F. WALTER

[PROPOSED] ORDER TO CONTINUE SENTENCING FILING DUE DATE