DECLARATION OF KERI CURTIS AXEL

I, Keri Curtis Axel, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am a partner with Waymaker LLP, counsel to Defendant Trevor Jacob in this action. I make this declaration in support of Trevor's sentencing position in the above-captioned matter. I have personal knowledge of the facts set forth herein and if called as a witness I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copies of metadata taken from a video file that my client, defendant Trevor Jacob, provided me.

3. Attached hereto as Exhibit 2 are screenshots from that video file.

4. Attached hereto as Exhibit 3 are freight map routes that I obtained from the internet. The California-specific map was obtained from the website of the California rail authority, https://dot.ca.gov/-/media/dot-media/programs/rail-mass-transportation/documents/california-state-rail-plan/20230309-casrp-public-dor-guidance.pdf, and the second one "UP Railroad Service Units & Regions," was taken from the Union Pacific website, https://www.up.com/aboutup/reference/maps/system_map/index.htm. We ask the Court to take judicial notice of these routes, which match.

5. Also attached as Exhibit 4 is an excerpt of a Wikipedia page which summarizes that the Union Pacific freight trains in California are "typically local freights."

6. Attached hereto as Exhibit 5 is a true and correct copy of a bank statement I received from my client for the month of June 2017.

7. Attached hereto as Exhibit 6 is a true and correct copy of a photo I obtained from my client with the date of the photo listed as July 2, 2017, and the location as Riva, Maryland.

8. Attached hereto as Exhibit 7 is a true and correct copy of a bank statement I received from my client for the month of July 2017.

9. Attached hereto as Exhibit 8 are true and correct copies of court records that the defense requested and obtained from the County of Nevada, California, regarding the offense described at paragraph 50 of the PSR.

10. On Thursday, November 9, I spoke with Assistant District Attorney ("ADA") Anna Tyner, who is in the Nevada County records as having handled a modification to Trevor's Nevada County probation. She initially did not recall much, and indicated that did not handle the initial appearance/change of plea proceeding, so did not know why Nevada County believed it had venue. She indicated that the ADA who had handled it was gone and did not think he would remember. She did recall the modification proceeding, as she was seeking to have Trevor remove all train hopping videos from the web. She advised that the investigator notes in her file state that the train was in Goleta, and appeared to be a Northbound LOF 67.

11. Ms. Tyner also told me that the misdemeanor conviction was subject to dismissal under California law, and that she would not oppose the dismissal. She said that it would be calendared for hearing and the judge there would promptly dismiss it.

12. Attached hereto as Exhibit 9 are true and correct copies of court records that the defense requested and obtained from the County of Santa Bar, California, regarding the offense described at paragraph 50 of the PSR.

13. Attached hereto as Exhibit 10 is a true and correct copy of a bank statement I received from my client for the month of July 2017.

14. Attached hereto as Exhibit 11 is a true and correct copy of a settlement agreement I received from my client, reflecting that he settled with the FAA to give up his pilot's license for a period of one year.

15. Attached hereto as Exhibit 10 is a true and correct copy of a temporary license I received from my client, indicating that he reapplied and has been issued his license to fly as of June 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of November, 2023, at Los Angeles, California.

_____
Keri Curtis Axel

2