Keri Curtis Axel (Bar No. 186847)
  kaxel@waymakerlaw.com
Emily R. Stierwalt (Bar No. 323927)
  estierwalt@waymakerlaw.com
WAYMAKER LLP
515 S. Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (424) 652-7800
Facsimile:  (424) 652-7850

*Attorneys for Defendant Trevor Daniel Jacob*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>TREVOR DANIEL JACOB,<br><br>             Defendant. | Case No. CR-23-221-JFW<br><br>**SUPPLEMENTAL LETTERS IN SUPPORT OF SENTENCING**<br><br>Courtroom 7A<br><br>Judge: Hon. John F. Walter<br><br>Sentencing Date: 12/4/2023 |

**To Hon. John F. Walter, Plaintiff United States Attorney's Office, and U.S. Probation Officer Kenneth Rotter:**

PLEASE TAKE NOTICE that Defendant Trevor Jacob, by and through counsel and pursuant to 18 U.S.C. §§ 3553(a)(1) and (2), respectfully submits the following supplemental letters of support for the Court's consideration in connection with Mr. Jacob's sentencing, which is currently set for December 4, 2023. Pursuant to Fed. R. Crim. Pro. 49.1 and L. Cr. R. 49.1-1, the letters from third parties, which are true and correct copies received by counsel, have been redacted to delete protected identifying information. Mr. Jacobs also submits herewith an allocution letter.

Respectfully submitted,

DATED: November 27, 2023        WAYMAKER LLP

By: */s/ Keri Curtis Axel*
KERI CURTIS AXEL
EMILY R. STIERWALT
*Attorneys for Defendant*



SUPPLEMENTAL LETTERS IN SUPPORT OF SENTENCING

Trevor Jacob

| TAB | Document Name |
|---|---|
| 1 | Helfend, Robert |
| 2 | Jacob, Trevor |
| 3 | Ledesma, Max |



*Law Offices*
**ROBERT M. HELFEND**

Your Honor

I have known Trevor Jacob since he was born 30 years ago. I am close friends with his parents and have been intimately involved with their family and children. I established my own relationship with Trevor at an early age. We spent many years skiing together, as well as, participating in a variety of sports together. Trevor has always been someone who pushed boundaries. He loves to challenge himself in whatever sport, project or work he is involved in. He was driven from the get-go to excel at anything he was interested in. Even at the age of 5, it was apparent he was destined for excellence. Often times that was in extreme sports. This drive and talent landed him at the 2014 Olympics in Sochi, Russia, competing in snowboarding.

On a personal level, Trevor is a wonderful, respectful, and caring young man. He has always put his family first and is the foremost person to offer a helping hand when needed. Our friendship extends beyond the traditional since we are from two different generations. But we have mutual respect for each other and enjoy being in each other's company. He is bright, insightful, and open to listening to various points of view. He has a strong moral compass and does try to do the right thing. He has never put another person in jeopardy or harm's way.

I spoke with Trevor about the events which led to his recent legal situation. It is clear that Trevor made every attempt to ensure that no one was hurt, nor that there was any risk to the environment. He prepared thoroughly and thoughtfully.

Trevor has learned from this experience. While there is an interest in deterring the public from attempting a comparable act, incarceration will not instill any profound lesson in Trevor and Trevor is not a danger to the community. Perhaps the Court could fashion a sanction that includes a significant amount of community service. By completing public service, Trevor can spend his time giving back to his community and making an impact on the well-being of others.

Trevor has voluntarily admitted his guilt at an early stage of the proceedings and has shown resolve to make amends for his transgression. I hope the Court will allow Trevor to prove he is extremely remorseful for his actions and that he is worthy of no jail time.

Thank you for your time and consideration.

Respectfully,

Robert M. Helfend

To Judge Walter:

I hope this letter finds you well. I appreciate you taking the time to read my letter. It was about 10 pages longer but, out of respect for your time, I have made it much shorter.

I would like to start by apologizing and expressing my sincere feelings of guilt. Through my actions, I caused so much pain, remorse, and hurt to those around me, and myself. This continues to be the most painful lesson of my life. Without shifting any responsibility, I would like to tell you more about myself and what happened here, and why it will not happen again. This letter goes back to 2014, because I believe the events in 2014 caused me to start a spiral that did not fully end until I had to face the reality that I had committed a crime here.

## My Disappointing Experience at the 2014 Olympics in Sochi, Russia

From the age of 11, I was set on a path designed by coaches, managers, and sponsors to become the best snowboarder in the world, and earn Olympic medals. I loved snowboarding, but I was very young, and I was around extreme amounts of pressure from those in my circle to be the very best.

By the time I was 20, I was officially an Olympian who had qualified as the #1 American for the 2014 U.S. Team and was already a National Champion and World Cup champion. On the day of the Olympic races, I broke my ankle. I pushed through the pain and continued to compete. I made it to the semi-final but, missed the final round of 6 competitors by one inch, which I believe would have lead me to a gold medal. In that moment, my entire life crumbled. I was confused, hurt, lost, sad, depressed, and suddenly without structure. I went from training every day to achieve my goal to feeling like I had zero purpose.

## Life Following the Olympics

I lost my purpose after the Olympics. I needed two reconstructive ankle surgeries and could not engage in any athletics for over 2 years. Athletics were my entire life and I did not know how to move forward. I grew up in a very structured environment and after the Olympics, all of that was gone. I experienced an identity crisis. I tried to rebuild my life and began working as a freelance action sports athlete doing commercials for companies such as Google, Nike, and Ford while simultaneously reading psychology and business books to better educate myself for the future. I tried to do what I know best: action sports.

In the midst of trying to find a new sense of purpose, I lost my best friend. Less than a year after the Olympics, my best friend died in an action sports accident at the age of 23. The grief was immeasurable, and I began to view life as being something short and expendable.

Then, in approximately November 2020, I shattered my L2 vertebrae while dirt biking for a commercial. The break impinged my spinal cord and I was only 5 millimeters from severing my spinal cord and being paralyzed. While I am lucky to be fully mobile, this injury shook me to my core. I was left thinking: how long am I going to do action sports and stunt work for?

## Why I Jumped Out of a Perfectly Good Plane in 2021

In 2018, I obtained my pilot's license, and flew often. In 2021, I heard that the brand Red Bull was working on a stunt where two pilots would attempt to switch aircraft mid-flight by jumping out of both planes at the same time, and skydive to the other plane at the same time. I also remembered a stunt I saw in a Hollywood movie when I was a young boy, that I thought was interesting, and I told myself that if I had the opportunity to do a similar stunt, I would.

The big question is "why did I do this?" The most simplistic explanation is that I was confident I could perform it without causing harm. I know this does not make it okay. I shouldn't have followed through. I do not want that to sound like an excuse. Looking back, I think: how dumb.

After performing the stunt, I immediately regretted it. I remember standing on the mountain side once I landed safely, covered head to toe in poison oak, thinking to myself, I just made the biggest mistake of my life. I felt terrible. I remember thinking that the poison oak was mother nature's punishment to me, and I deserved it. I would spend the next 2 months covered in scabs head to toe, and itching miserably, which was worse than recovering from surgeries with no pain pills. I have never taken narcotics, and have watched too many people ruin their lives with drugs. So even after level 10 pain after surgeries from action sports injuries, I stayed far away. This poison oak was worse. I wondered if I could be put under for a period of time, to avoid the misery. Shortly after discovering the location of the wreckage, I made sure to pick up every single piece of debris from the plane. There is not one piece of trash left in nature from the plane. When I was a kid, I was very involved in helping the forest service volunteering to clean up trash from vacationers in my hometown of Mammoth Lakes. So I made sure I left zero trash in the forest.

After collecting the wreckage, I brought it back to the hanger, where I was living alone at the time. This was late 2021, and the world had still not fully embraced re-opening, and I was very lonely and living in the echo chamber of my mind. I decided to get rid of the wreckage and then, having done so, I could not admit it to myself or anyone else. I knew I had lied and did not tell the truth, including to Elliot Simpson, an individual investigating the plane crash. That made me feel terrible.

I also decided to release the footage of the crash. Every single part of this was a terrible idea. For whatever reason, Ridge Wallet approved the release of the footage I had filmed, and encouraged me to post the video. This was a mistake, and a large part of my life work will be dedicated to teaching the youth the dangers of external pressures, social media, and attention addiction. That is a big reason for me beginning my volunteer work to get kids into nature and the outdoors.

### Life After

I have suffered a lot of consequences from this offense. While I carefully researched the plane route to make sure the crash would not be near human housing or trail routes, I should have never gone forward with it. I did not think about how it had the potential to make me a life-long felon, ruin my relationship with my family, destroy me financially, watch my dream girl walk out of my life, suffer miserably physically and mentally, and ruin my reputation and career. As a result of this offense, I have lost my girlfriend. I also will not be able to travel to Canada anymore, and Whistler is literally my favorite place in the world where many of my closest friends live who are dear to my heart. I am also right now missing the beginning of Olympic training in Colorado, which is starting up.

This situation was the biggest wake-up call of my life. I am currently working to achieve new positive goals for the future. I am already training to compete at the 2026 Olympics. I am helping complete the Lompoc skatepark as a volunteer -- this will be an incredible outlet for young people. I currently teach children how to wrestle and do mixed martial arts. I think this is great to build confidence and humility in kids. I am working on creating volunteer programs that help get kids into nature and I am beginning to use my online presence on social media to connect young athletes with mentors who can help kids stay on the right path. I am on a path to become a man that my children will be proud to call their dad, not someone they are embarrassed by. This mistake has humbled me to my core.

The FAA has re-instated my pilots license, and I am back flying often. Getting to share the gift of the sky with others is one of my passions, and I am so grateful the

FAA trusted me to do this in a safe manner again. After having my license revoked for a year as a result of this, the saying "You don't know what you have until it's gone" could not be more accurate. I am so appreciative I still get to share the gift of the sky with others.

In closing, I would like to apologize from the bottom of my heart to everyone involved in this action. I live with the guilt every day, that I caused precious resources to be used due to my serious misdeed. I find myself in tears over my actions involving this very often, and cry myself to sleep a lot. I will dedicate the rest of my life to good decision making, being a great role model, and a stand up, morally good person for the youth to learn from and be inspired by. I am sincerely sorry to take any of your time while you read my words. I promise you, your Honor, that this is the only time my name will ever be in front of you. Long term, your honor, this experience is something that has given me a sincere motivation to demonstrate in all areas of my life the respect I feel toward others in authority.

This has shown me what's truly important in life, and what is not. What is important to me is mental and physical health, family, love, being a good role model to the youth, and giving future generations positive opportunities to keep their lives in the right direction. I promise to you, and to God, that I will dedicate the rest of my life to putting all of my energy into those things. I'm deeply sorry from the bottom of my heart. If I could go back in time, I would put all of the energy that has been lost to this situation into uplifting society and the ones around me,. Although I can't go back, I can continue in perpetuity on the path that I am on, which is focusing my energy with great pride to achieve my positive contributions to society, and make up for the lost time.

Thank you for your time your honor.

All my very best,

Trevor Jacob

November 27, 2023

Honorable John F. Walter
United States District Court
 for the Central District of California

Re: <u>United States v. Trevor Daniel Jacob</u>
    2:23-CR-00221-JFW

Dear Judge Walter:

I am writing this letter in support of Trevor Jacob, who is currently facing sentencing in your Court next week. I understand the gravity of Trevor's offense, and I would like to provide some insight into Trevor's character and the circumstances that may have led to the present situation.

I have known Trevor Jacob for eight years in the capacity of friend and fellow fearless adventurer. I hope that his role as a former member of the U.S. Olympic Snow Boarding Team will serve as a testament to his service and fortitude. Unfortunately, it may also have led to his lapse in judgement. As a retired Navy SEAL, I can relate to the drive it takes to excel in the face of danger, as well as to the constant pressures (both real and perceived) placed upon high-level athletes to continuously validate their worth to self and to others. While I make no excuses for, nor do I condone, Trevor's actions, I can attest that Trevor has been shaken to his core by the severity of *what could have been* as a result of his actions and that he is contrite, embarrassed, and eager to redeem himself.

As a friend to Trevor, I only want what is fair and best for him. I respectfully request that you consider all aspects of Trevor Jacob's character and the potential for positive contributions to society when determining his sentence. Trevor is a respectful man, who would give anyone in need the shirt off his back or his very last dollar. I have no hesitation in putting my name on the line for Trevor Jacob, and hope that the Court will impose the most lenient sentence it considers to be appropriate. I hold myself and my friends to the highest standards and wouldn't be writing this letter of support if I didn't think Trevor was deserving of a second chance and the opportunity to succeed.

Thank you for your time and consideration. I trust that, as a fair and impartial judge, you will weigh all relevant factors in making the difficult decision before you.

Sincerely,

Max J. Ledesma
U.S Navy SEAL(retired)
Pacific Palisades, CA