

1  Keri Curtis Axel (Bar No. 186847)
    kaxel@waymakerlaw.com
2  Emily R. Stierwalt (Bar No. 323927)
    estierwalt@waymakerlaw.com
3  WAYMAKER LLP
4  515 S. Flower Street, Suite 3500
5  Los Angeles, California 90071
   Telephone: (424) 652-7800
6  Facsimile:  (424) 652-7850

*Attorneys for Defendant Trevor Daniel Jacob*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>TREVOR DANIEL JACOB,<br><br>   Defendant. | Case No. CR-23-221-JFW<br><br>**NOTICE OF LODGING OF ADDITIONAL LETTER IN SUPPORT OF SENTENCING**<br><br>Courtroom 7A<br><br>Judge: Hon. John F. Walter<br><br>Current Sentencing Date: 12/4/2023 |

**To Hon. John F. Walter, Plaintiff United States Attorney's Office, and U.S. Probation Officer Kenneth Rotter:**

PLEASE TAKE NOTICE that Defendant Trevor Jacob, by and through counsel and pursuant to 18 U.S.C. §§ 3553(a)(1) and (2), respectfully submits the following additional letter of support for the Court's consideration in connection with Mr. Jacob's sentencing, which is currently set for December 4, 2023. Pursuant to Fed. R. Crim. Pro. 49.1 and L. Cr. R. 49.1-1, the letter has been redacted to delete protected identifying information. The attached letter was received by counsel in the form of an email.

Respectfully submitted,

DATED: December 1, 2023          WAYMAKER LLP

By:  */s/ Keri Curtis Axel*
KERI CURTIS AXEL
EMILY R. STIERWALT
*Attorneys for Defendant*

Mike Matlock

November 28, 2023

Honorable John F. Walter
United States District Court
Central District


Re: Character Reference for Trevor Jacob - Sentencing Request for Leniency

Dear Judge Walter,

I write to you today in support of Trevor Jacob, a remarkable individual who has consistently displayed dedication and selflessness towards his community. It is my firm belief that Trevor deserves leniency in his sentencing due to his significant contribution to society and his unwavering commitment to protecting life and property during two devastating wildfires in the communities of Malibu and Mammoth.

I have had the privilege of being Trevor's friend for over a decade during which time I have witnessed his unwavering determination to make a positive impact on the lives of those around him. Trevor's actions during the wildfires in Malibu and Mammoth are a testament to his exemplary character and his willingness to put others' safety above his own.

During these wildfires, Trevor fearlessly aided the fire suppression efforts with only hand tools and garden hoses, working tirelessly alongside the brave firefighters to save numerous homes and potentially countless lives. His quick thinking and heroic actions involved evacuating several individuals from unsafe areas, ensuring their safety during a time of immense danger and chaos. Trevor's selfless acts demonstrate his profound sense of responsibility and compassion towards his fellow community members.

Trevor's deep-rooted sense of empathy and his willingness to step up during times of crisis make him an invaluable asset to society. His actions have not only saved homes and lives but have also inspired others to come together and work towards the betterment of their local community.

I do not agree with his decisions leading to this current sentencing.  It is my firm belief that he has learned from his mistakes and is determined to use this experience to continue making a positive impact.  I kindly and respectfully request Your Honor to consider granting leniency in his sentencing.


Thank You for your time,
Mike Matlock
Firefighter Paramedic
Santa Barbara County Fire Dept