UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.   **CR 23-221-JFW**                                          Dated: December 4, 2023

===============================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Dominique Caamano |
| Courtroom Deputy | Court Reporter | Dennis Mitchell |
| | | Asst. U.S. Attorney |
| | Interpreter: None | present |

===============================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)   Trevor Daniel Jacob [66235-510]             1)   Keri Curtis Axel
     present on bond                                  present - retained

_____

PROCEEDINGS:   **SENTENCING**

Case called, and counsel make their appearance.

Court imposes sentence on defendant. For the terms and conditions of the sentence, refer to Judgment and Probation/Commitment Order.

Statement of Reasons processed.

Judgment entered, filed and distributed.


CC: USPO/PSA; USM; BOP

Initials of Deputy Clerk  sr
0/35